# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

|  |  |  |
|---|---|---|
| **MARTHA DOUBERLEY,** *et al.,* | ) | |
| **Plaintiffs,** | ) | |
| | ) | **3:02-cv-729** |
| **v.** | ) | |
| | ) | **Phillips** |
| **RUBYE B. BAILEY,** | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

On September 2, 2005, it was reported to the court that this case had been settled in mediation by mediator George Morton, Jr. Accordingly, the court finds that this case should be **ADMINISTRATIVELY CLOSED** for statistical purposes. **This does not represent a final adjudication but is an administrative convenience for the court.** Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered.


**ENTER:**


                               s/ Thomas W.  Phillips
                               **UNITED STATES DISTRICT JUDGE**